**ORIGINAL**

FILED

02/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0113

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0113

PAUL ANTHONY EMRICH,

Petitioner,

v.

PETER BLUDWORTH, Warden,
Crossroads Correctional Center,

Respondent.

**FILED**

FEB 2 8 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**O R D E R**

Paul Anthony Emrich has filed a Petition for Writ of Habeas Corpus, asserting that he is due credit for jail time served of 222 days applied to his recent sentence from the Missoula County District Court. He includes a copy of the Judgment and a sentence calculation. Upon review, we deem it appropriate to require a response to his Petition. Therefore,

IT IS ORDERED that that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Paul Anthony Emrich personally.

DATED this 28th day of February, 2023.

_____
Justice